**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|     Plaintiff,                       ) | |
|                                     ) | |
| v.                                  ) | M-17-368-STE |
|                                     ) | |
| JERRY DRAKE VARNELL,                ) | |
|                                     ) | |
|     Defendant.                      ) | |

## ORDER

The Court has reviewed Defendant's Unopposed Motion for Hearing to Determine Competency of Defendant to Stand Trial and to Abate All Scheduled Hearings (Motion) (ECF No. 10). Based upon a teleconference with counsel held today, it is apparent that counsel differ as to the appropriate procedure to be followed under 18 U.S.C. §§ 4241, 4247.

Plaintiff shall file a response to Defendant's Motion no later than August 23, 2017. Defendant shall have until August 28, 2017 to file his reply. The preliminary and detention hearings currently scheduled for August 22, 2017 at 2:00 p.m. are continued and Defendant shall remain temporarily detained until further order of the Court.

IT IS SO ORDERED on August 21, 2017.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE